IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEVION WILLIAMS                                                                                    PLAINTIFF

v.                                     Case No. 4:20-cv-4070

BNSF RAILWAY COMPANY and
UNION PACIFIC RAILRAOD COMPANY                                                     DEFENDANTS

## JUDGMENT

Before the Court is Defendant Union Pacific Railroad Company's Motion for Summary Judgment. (ECF No. 50). Plaintiff has filed a response to the motion. (ECF No. 57). Defendant has filed a reply. (ECF No. 61). The Court finds the matter ripe for consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 50) should be and hereby is **GRANTED**. Plaintiff's claims against Union Pacific Railroad Company are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of November, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge